# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 10, 2019

Mr. David Crews
Northern District of Mississippi, Oxford
United States District Court
911 Jackson Avenue
Room 369
Oxford, MS 38655

    No. 19-60065   In re: Tyrone Burrell
                           USDC No. 3:18-CV-138

Dear Mr. Crews,

Enclosed is a copy of the judgment issued as the mandate.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Rebecca L. Leto, Deputy Clerk
                                      504-310-7703

cc w/encl:
    Mr. Tyrone Burrell

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 19-60065
_____

In re: TYRONE BURRELL,

        Movant

**A True Copy**
**Certified order issued Jun 10, 2019**

*Lyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

_____

Appeal from the United States District Court for the
Northern District of Mississippi
_____

CLERK'S OFFICE:

    Under 5TH CIR. R. 42.3, the appeal is dismissed as of June 10, 2019, for want of prosecution. The appellant failed to timely comply with the Court's notice dated May 23, 2019.

                          LYLE W. CAYCE
                          Clerk of the United States Court
                          of Appeals for the Fifth Circuit

                          *Rebecca L. Leto*
                          By: _____
                          Rebecca L. Leto, Deputy Clerk

          ENTERED AT THE DIRECTION OF THE COURT